DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JOSHUA E. NELSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-339

————————————————

March 1, 2024

Appeal from the Circuit Court for Desoto County; Don T. Hall, Judge.

Howard L. Dimmig, II, Public Defender, and Stephania A. Valantasis, Special Assistant Public Defender, Bartow, for Appellant.

PER CURIAM.

        Affirmed.

SLEET, C.J., and ATKINSON and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.